UNITED STATES v. LAWS. (Circuit Court of Appeals, Sixth Circuit. June 22, 1896.) No. 10. In Error to the Circuit Court of the United States for the Western Division of the Southern District of Ohio. John W. Herron and Harlan Cleveland, for the United States. Lawrence Maxwell, Jr., for defendant in error. No opinion. Judgment of circuit court affirmed.

UNITED STATES v. McCANN. (Circuit Court of Appeals, Second Circuit. December 13, 1895.) No. 525. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Hartley & Coleman, for appellee. Reversed on stipulation that this cause abide event of U. S. v. Burr, 79 Fed. 1004.

UNITED STATES v. NORDLINGER. (Circuit Court of Appeals, Second Circuit. October 21, 1895.) No. 580. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Comstock & Brown, for appellee. No opinion. Appeal dismissed.

UNITED STATES v. PASSAVANT et al. (Circuit Court of Appeals, Second Circuit. December 11, 1895.) No. 545. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. S. G. Clarke, for appellees. Reversed on stipulation that this cause abide event of U. S. v. Burr, 79 Fed. 1004.

UNITED STATES v. VAUTINE et al. (Circuit Court of Appeals, Second Circuit. December 17, 1896.) No. 524. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. W. B. Coughtry, for appellees. No opinion. Affirmed in open court.

UNITED STATES v. ZEIMER et al. (Circuit Court of Appeals, Second Circuit. January 11, 1896.) No. 565. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Comstock & Brown, for appellees. Dismissed on consent.

THE VALENCIA et al. v. ZEIGLER et al. (Circuit Court of Appeals, Second Circuit.) Appeal from the District Court of the United States. F. R. Coudert and Jos. Kling, for appellants. W. W. Goodrich and J. A. Deady, for appellees. Certified to supreme court. See 17 Sup. Ct. 323.

WAPLES-PLATTER CO. et al. v. TURNER. (Circuit Court of Appeals, Eighth Circuit. September 15, 1896.) No. 643. No opinion. Judgment of dismissal vacated and set aside, and cause restored to the docket.